ELSIE H. BIRD et al., as Executors of WILLIAM N. D. BIRD, Deceased, Respondents, *v.* INTERNATIONAL RAILWAY COMPANY et al., Appellants.

*Bird* v. *International Ry. Co.*, 171 App. Div. 973, affirmed.
(Argued December 14, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1915, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for the death of plaintiffs' intestate alleged to have been occasioned through the negligence of the defendant. Testator while crossing a street in the city of Buffalo was struck by one of the defendants' cars and killed. Defendants denied negligence on their part and alleged contributory negligence on the part of the testator.

*James O. Moore* for appellants.

*Elijah W. Holt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.